

590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134

**Daniel Zelenko**
(212) 895-4266
dzelenko@crowell.com

January 10, 2020

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1-13-2020

    Re:    <u>Lucas Ologbenla 1:19-cr-00291-LAP</u>

Dear Judge Preska,

    We are writing in connection with our client, Lucas Ologbenla, concerning his pre-trial release in the above-referenced matter. Mr. Ologbenla's conditions of release include travel limited to the Southern District of New York, Pennsylvania and points in between for travel. I am writing to request <u>a temporary modification of our client's travel restriction to allow him to travel to Atlanta, Georgia from January 17th, 2020 to January 21st, 2020 for work purposes.</u>

    Mr. Ologbenla works as a club promoter and concert organizer, in addition to his day job. Between January 17th and January 21st his promotion company will be hosting several events in Atlanta, Georgia. I conferred with SDNY Pretrial Services officer, Ms. Tessier-Miller, who has no objections. We have also consulted with AUSA Daniel Wolf and he has no objections.

    We therefore respectfully request that Mr. Olegbenla's conditions of release be temporarily modified to permit him to travel to Atlanta, Georgia from January 17th, 2020 to January 21st, 2020.

    Please do not hesitate to contact me if you have any questions.

**SO ORDERED**
_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
1/13/20

Sincerely,

/s/Daniel Zelenko

Daniel Zelenko

Cc : Daniel Wolf, Assistant United States Attorney
(via electronic mail)