590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ∎ p212 223-4000 ∎ f212 223-4134



**Daniel Zelenko**
(212) 895-4266
dzelenko@crowell.com

September 18, 2020

**VIA ELECTRONIC MAIL**

The travel request is approved.
SO ORDERED.
Sept. 21, 2020

*Loretta A. Preska*

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re:  <u>Lucas Ologbenla 1:19-cr-00291-LAP</u>

Dear Judge Preska,

  We are writing in connection with our client, Lucas Ologbenla, concerning his pretrial release in the above-referenced matter.  Mr. Ologbenla's conditions of release include travel limited to the Southern District of New York, Pennsylvania and points in between for travel.  I am writing to request a temporary modification of our client's travel restriction to allow him to travel to Atlanta, Georgia from October 2nd, 2020 to October 7th, 2020 for work purposes.

  Mr. Ologbenla works as a club promoter and concert organizer, in addition to his day job.  Between October 2nd and October 7th, 2020 his promotion company will be hosting several events in Atlanta, Georgia.  We consulted with AUSA Daniel Wolf and AUSA Rebecca Dell who deferred to pretrial services.  EDPA Pretrial Services Officer Jimmy Gedeus has no objections to the travel modification.

  We therefore respectfully request that Mr. Ologbenla's conditions of release be temporarily modified to permit him to travel to Atlanta, Georgia from October 2nd, 2020 to October 7th, 2020.

  Please do not hesitate to contact me if you have any questions.

    Sincerely,

    */s/Daniel Zelenko*

    Daniel Zelenko

Cc :  Daniel Wolf, Assistant United States Attorney
  Rebecca Dell, Assistant United States Attorney
(via electronic mail)