590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ■ p212 223-4000 ■ f212 223-4134



Daniel Zelenko
(212) 895-4266
dzelenko@crowell.com

```
The request to modify the
conditions of pretrial release to
permit the travel referenced
below is approved.

SO ORDERED.

Dated:    December 14, 2020
          New York, New York

LORETTA A. PRESKA, U.S.D.J.
```

December 14, 2020

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Lucas Ologbenla 1:19-cr-00291-LAP

Dear Judge Preska,

We are writing in connection with our client, Lucas Ologbenla, concerning his pre-trial conditions in the above-referenced matter. Mr. Ologbenla's conditions of release include travel limited to the Southern District of New York, Pennsylvania, and points in between for travel. I am writing to request a temporary modification of our client's travel restriction to allow him to travel to Houston, Texas from December 17th, 2020 to December 20th, 2020 for business purposes.

Mr. Ologbenla works as a club promoter and concert organizer, in addition to his day job. Between December 17th, 2020 to December 20th his promotion company will be hosting several events in Houston, Texas. We consulted with AUSA Daniel Wolf who deferred to pretrial services. SDNY Pretrial Services Officer Tessier-Miller has no objections to the travel modification.

We therefore respectfully request that Mr. Ologbenla's conditions of release be temporarily modified to permit him to travel to Houston, Texas from December 17th, 2020 to December 20th.

Please do not hesitate to contact me if you have any questions.

Sincerely,

**/s/Daniel Zelenko**

Daniel Zelenko

Cc :  Daniel Wolf, Assistant United States Attorney
(via electronic mail)