

Daniel Zelenko
(212) 895-4266
dzelenko@crowell.com

590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ∎ p 212 223-4000 ∎ f 212 223-4134

> The request to modify the conditions of pretrial release to permit the travel referenced below is approved.
>
> SO ORDERED.
>
> Dated:  January 13, 2021
>         New York, New York
>
> *Loretta A. Preska*
> LORETTA A. PRESKA, U.S.D.J.

January 12, 2021

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Lucas Ologbenla 1:19-cr-00291-LAP

Dear Judge Preska,

We are writing in connection with our client, Lucas Ologbenla, concerning his pretrial conditions in the above-referenced matter. Mr. Ologbenla's conditions of release include travel limited to the Southern District of New York, Pennsylvania and points in between for travel. I am writing to request a temporary modification of our client's travel restriction to allow him to travel to Atlanta, Georgia from January 19th to January 24th for business purposes.

Mr. Ologbenla works as a club promoter and concert organizer, in addition to his day job. Between January 19th to January 24th his promotion company will be hosting several events in Atlanta, Georgia. We consulted with AUSA Daniel Wolf who deferred to pretrial services. SDNY Pretrial Services Officer Tessier-Miller has no objections to the travel modification.

We therefore respectfully request that Mr. Ologbenla's conditions of release be temporarily modified to permit him to travel to Atlanta, Georgia from January 19th to January 24th.

Please do not hesitate to contact me if you have any questions.

Sincerely,

**/s/Daniel Zelenko**

Daniel Zelenko

Cc : Daniel Wolf, Assistant United States Attorney
(via electronic mail)