590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134



**Daniel Zelenko**
(212) 895-4266
dzelenko@crowell.com

```
The underlined request below is
approved.

SO ORDERED.

Dated:    February 8, 2021
          New York, New York

          /s/ Loretta A. Preska
          _____
          LORETTA A. PRESKA, U.S.D.J.
```

February 8, 2021

<u>VIA ECF</u>

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   <u>Lucas Ologbenla 1:19-cr-00291-LAP</u>

Dear Judge Preska,

     We are writing in connection with our client, Lucas Ologbenla, concerning his pretrial conditions in the above-referenced matter. Mr. Ologbenla's conditions of release include travel limited to the Southern District of New York, Pennsylvania and points in between for travel. Mr. Ologbenla works as a club promoter and a concert organizer, in addition to his day job. His work promoting and organizing concerts requires that he travel several times a year. In the past, we have requested temporary modifications of Mr. Ologbenla's conditions of release whenever he needed to travel for work.

     Due to the frequency of these requests, Pretrial Services requested that we apply for a permanent adjustment to Mr. Ologbenla's conditions of release, allowing for "temporary additional travel granted for work purposes only, upon prior approval from Pretrial Services." We consulted with AUSA Daniel Wolf and AUSA Rebecca Dell who deferred to pretrial services. SDNY Pretrial Services Officer Tessier-Miller has no objections to the modification.

     We therefore respectfully <u>request that Mr. Ologbenla's conditions of release be modified to permit him to travel for work, upon prior approval from Pretrial Services</u>.

     In the alternative, if the above request is denied, we request a temporary modification of Mr. Ologbenla's travel restrictions to allow him to travel to San Juan, Puerto Rico from February 11th, 2021 to February 14th, 2021 for business purposes.

Please do not hesitate to contact me if you have any questions.

Sincerely,

/s/ Daniel Zelenko
Daniel Zelenko

February 8, 2021
Page 2

cc :   Daniel Wolf, Assistant United States Attorney
       Rebecca Dell, Assistant United States Attorney
       (via electronic mail)