UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

No. 19-CR-291 (LAP)

OLUWASEUN ADELEKAN, et al.,

ORDER

Defendant.

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendants' motion to adjourn the trial currently scheduled for May 25, 2021.  (See dkt. no. 233.)  The motion is GRANTED.  Trial is adjourned to October 18, 2021.  Counsel shall confer and propose a revised schedule for motions in limine.  The Government shall forward its requests to charge to the defense in time for review and submission to the Court, one week before trial, of the Government's requests together with any modifications, additions, or deletions requested by the defense.  Counsel shall also submit requested voir dire questions one week before trial.  Speedy Trial time is excluded until the new trial date in the interests of justice.

**SO ORDERED.**

Dated:    March 1, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1