UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                  Plaintiff,

-against-

OLUWASEUN ADELEKAN, et al.,

                  Defendants.

19 Cr. 291 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

In advance of the October 18, 2021 trial date, an in-person pre-trial conference will be held on Friday, August 20, at 10:30 a.m.  Counsel who wish to waive a defendant's appearance shall notify the Court no later than Friday, August 13.  Additionally, any counsel who wishes to appear by telephone shall inform the Court no later than Friday, August 13.

In addition to other pre-trial matters, at the conference the Court will discuss Mr. Oyeneyin's counsel's motion to appoint Mr. Oyeneyin new counsel (see dkt. no. 258).

SO ORDERED.

Dated:    New York, New York
          August 10, 2021

_Loretta A. Preska_

LORETTA A. PRESKA
Senior United States District Judge

1