

590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ∎ p212 223-4000 ∎ f212 223-4134

**Daniel Zelenko**
(212) 895-4266
dzelenko@crowell.com

August 13, 2021

**VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>Lucas Ologbenla 1:19-cr-00291-LAP</u>

Dear Judge Preska,

    I represent Mr. Ologbenla in the above referenced matter. I am respectfully requesting that Mr. Olgobenla's appearance be waived for the pre-trial conference scheduled for Friday, August 20, 2021, at 10:30AM. Additionally, I am respectfully requesting that I appear by telephone for the pre-trial conference. Thank you for your consideration.

    Please do not hesitate to contact me if you have any questions.

    Sincerely,

    **/s/Daniel Zelenko**

    Daniel Zelenko

```
Counsel's request to waive Defendant's
appearance is granted. Counsel may appear
by telephone for the conference using the
following teleconference information:
877-402-9753, Code: 6545179. SO ORDERED.
```

*Loretta A. Preska*   8/16/2021

Crowell & Moring LLP ∎ www.crowell.com ∎ Washington, DC ∎ New York ∎ San Francisco ∎ Los Angeles ∎ Orange County ∎ London ∎ Brussels