UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff

-against-

OLUWASEUN ADELEKAN, ET AL.,

           Defendants.

---

19 Cr. 291 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Trial in this matter is scheduled to begin on March 23, 2022 at 9:30 a.m.  The parties are advised that the trial is first place on the Court's trial-ready calendar for this date.  The Government has indicated that it intends to try Defendants Adewole Taylor and Lucas Ologbenla.  The Court nevertheless reminds all Defendants and counsel that they should be ready for trial beginning on March 23, 2022.

    The parties shall appear in person for the final pre-trial conference on Tuesday February 22, 2022, at 11:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    New York, New York
           February 10, 2022

                                          *Loretta A. Preska*
                                          LORETTA A. PRESKA
                                          Senior United States District Judge