UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>　　　-against-<br><br>OLUWASEUN ADELEKAN, ET AL.,<br><br>　　　　　　　Defendants. | 19 Cr. 291 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of Defendant Adewole Taylor's request dated February 11, 2022 (dkt. no. 431) and the Government's response dated February 14, 2022 (dkt. no. 433).  On the Government's consent, Mr. Taylor's request that he not be among the defendants tried at the March 23 trial is granted.  The Clerk of the Court is directed to mark the motion at docket number 431 as closed.

　　As a reminder, trial in this matter is scheduled to begin on March 23, 2022 at 9:30 a.m and the final pre-trial conference is scheduled for February 22, 2022 at 11 a.m. in Courtroom 12A.  The parties are advised that the trial is first place on the Court's trial-ready calendar for March 23, 2022.  The Government, by its recent letter of February 14, 2022 (dkt no. 433) has indicated that it intends to try Defendants Curlten Otidubor and Albert Lucas.

The Court reminds all Defendants and counsel (other than those who have been granted leave not to be tried beginning on March 23) that they should be ready for trial beginning on March 23, 2022.

**SO ORDERED.**

Dated:   New York, New York
        February 15, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge