

**Daniel Zelenko**
DZelenko@crowell.com
(212) 895-4266 direct

Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022
+1.212.223.4000 main
+1.212.223.4134 fax

May 4, 2022

**DELIVERY RE ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   **United States v. Lucas Ologbenla**
      19 Cr. 00291 (LAP)

Dear Judge Preska:

We write on behalf of our client Lucas Ologbenla regarding his upcoming sentencing in the above-referenced matter which is currently scheduled for May 24, 2022. We respectfully request a brief adjournment for the reasons contained there. The Government consents to this adjournment.

As the Court may recall, Mr. Ologbenla and his wife have a very young family and need additional time to finalize child care plans in advance of sentencing. Similarly, Mr. Ologbenla would benefit from additional time to continue to collect letters of support from friends and family which will aid the Court in its assessment of the appropriate sentence for our client. For these reasons, we respectfully request that the matter be adjourned until June 29, 2022 at 10:00 AM, a date and time convenient for the Court and the Government.

Please do not hesitate to contact me if you have any questions.

SO ORDERED.

*Loretta A. Preska*
5/5/2022

Respectfully submitted,

**/s/ Daniel Zelenko**

Daniel Zelenko

CC:   AUSA Daniel Wolf

crowell.com